IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-830 (WCB) |
| ) | C.A. No. 24-1363 (WCB) |
| AZURITY PHARMACEUTICALS, INC., ) | |
| AZURITY PHARMACEUTICALS INDIA ) | |
| LLP f/k/a SLAYBACK PHARMA INDIA ) | |
| LLP, and SLAYBACK PHARMA LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Heron Therapeutics, Inc.'s Rule 30(b)(6) Notice to Defendants (Nos. 1-34)* were caused to be served on March 5, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                      *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants*

Andrew J. Miller, Esquire                                        *VIA ELECTRONIC MAIL*
Constance S. Huttner, Esquire
Robyn Ast-Gmoser, Esquire
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ 07940
*Attorneys for Defendants*

OF COUNSEL:

Isaac S. Ashkenazi
Mark Russell Sperling
Justin T. Fleischacker
Stephen Kruse
PAUL HASTINGS LLP
200 Park Avenue
New York, NY  10166
(212) 318-6000

Karthik R. Kasaraneni
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC  20036
(202) 551-1700

March 6, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

---

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Plaintiff Heron Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 6, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Andrew J. Miller, Esquire<br>Constance S. Huttner, Esquire<br>Robyn Ast-Gmoser, Esquire<br>WINDELS MARX LANE & MITTENDORF LLC<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)