IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-1363 (WCB) |
| ) | |
| AZURITY PHARMACEUTICALS, INC., ) | |
| AZURITY PHARMACEUTICALS INDIA ) | |
| LLP F/K/A SLAYBACK PHARMA INDIA ) | |
| LLP, AND SLAYBACK PHARMA LLC, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING POST-TRIAL BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the parties will file simultaneous opening post-trial briefs of up to 40 pages on January 9, 2026, by 5:00 p.m. Eastern Time. Simultaneous responsive post-trial briefs of up to 20 pages will be due on January 30, 2026, by 5:00 p.m. Eastern Time.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Cortlan S. Hitch* |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| 1201 North Market Street | Cortlan S. Hitch (#6720) |
| P.O. Box 1347 | 3205 Avenue North Boulevard, Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19803 |
| (302) 658-9200 | (302) 888-6800 |
| jtigan@morrisnichols.com | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |
| *Attorneys for Plaintiff Heron Therapeutics, Inc.* | *Attorneys for Defendants*<br>*Azurity Pharmaceuticals, Inc.,*<br>*Azurity Pharmaceuticals India LLP*<br>*f/k/a Slayback Pharma India LLP,*<br>*and Slayback Pharma LLC* |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Isaac S. Ashkenazi | Andrew J. Miller |
| Mark Russell Sperling | Constance H. Huttner |
| Justin T. Fleischacker | Robyn Ast-Gmoser |
| Stephen W. Kruse | Elham F. Steiner |
| Sydney E. Bruns | Colby A. Davis |
| PAUL HASTINGS LLP | Windels Marx Lane & Mittendorf, LLP |
| 200 Park Avenue | One Giralda Farms |
| New York, NY 10166 | Madison, NJ 07940 |
| (212) 318-6000 | (973) 966-3200 |

Karthik R. Kasaraneni
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

November 26, 2025

SO ORDERED this _____ day of _____, 2025.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE