**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HERON THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AZURITY PHARMACEUTICALS, INC., | ) C.A. No. 24-1363 (WCB) |
| AZURITY PHARMACEUTICALS INDIA | ) |
| LLP f/k/a SLAYBACK PHARMA INDIA | ) |
| LLP, and SLAYBACK PHARMA LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff Heron Therapeutics, Inc. appeals to the United States

Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on June 1,

2026 (D.I. 222), and from any and all pre- and post-judgment orders, rulings, findings, decisions,

and/or conclusions decided adversely to Plaintiff, in whole or in part, including but not limited to

the Findings of Fact and Conclusions of Law entered June 1, 2026 (D.I. 221) and the Amended

Findings of Fact and Conclusions of Law entered June 2, 2026 (D.I. 224).

Respectfully submitted,

Dated:  June 30, 2026

*Of Counsel*:

Paul M. Schoenhard
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700

Isaac S. Ashkenazi
Stephen W. Kruse
Sydney E. Bruns
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

By:  */s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Plaintiff*
*Heron Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 30, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                          *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
*Attorneys for Defendants*

Andrew J. Miller, Esquire                                            *VIA ELECTRONIC MAIL*
Robyn Ast-Gmoser, Esquire
Elham F. Steiner, Esquire
Colby A. Davis, Esquire
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendants*

/s/ Jeremy A. Tigan

Jeremy A. Tigan (#5239)